1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL THEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OAK HARBOR POLICE DEPARTMENT,<br><br>　　　　Defendant. | Case No. 2:23-CV-01832-RSM<br><br>ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT |

　　　　This matter comes before the Court *sua sponte*. *Pro se* Plaintiff Michael Thein was granted leave to proceed *in forma pauperis* on November 30, 2023. Dkt. #3. The Complaint has been posted on the docket. #4. Summons has not yet been issued.

　　　　Plaintiff Thein brings this action against the Oak Harbor Police Department. *Id*. at 1. He states that he suffered "personal injuries . . . my whole family been car Accident . . . Total our vehicle . . . mom had to get eye surgery/physical therapy . . . Dad going through pain barely can walk . . . Michael my right when I see light it goes through my eye. Done hit me in the eye." *Id* at 5. Plaintiff alleges "personal injuries, surveillance, invading privacy, excessive force misconduct, negligence." *Id*. No further details are provided. Plaintiff seeks 16 million dollars from Defendant. *Id*.

ORDER DIRECTING PLAINTIFF TO AMEND COMPLAINT - 1

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

As it currently stands, Plaintiff's Complaint fails to state a claim upon which relief can be granted. Plaintiff's Complaint is devoid of sufficient detail to bring a cause of action against the Defendant, e.g. the who, what, where, when, and why of the incident that caused Plaintiff's injuries. Defendant cannot respond to these accusations without further factual details. The Complaint lacks indication that this Court has subject matter jurisdiction and lacks citations to law that could allow Plaintiff to recover against Defendant. In sum, the Complaint suffers from deficiencies that, if not corrected in an Amended Complaint, require dismissal. *See* Fed. R. Civ. P. 12(h)(3); 28 U.S.C. § 1915(e)(2)(B).

Accordingly, the Court hereby ORDERS that Plaintiff shall file an Amended Complaint **no later than thirty (30) days from the date of this Order**. This Amended Complaint will replace the original. In the Amended Complaint, Plaintiff must repeat all the elements of the existing Complaint (the parties, the causes of action, etc.) plus additional facts and citations to law addressing the above deficiencies. All relevant facts must be included in a single pleading document and not in attachments. Failure to file a timely Amended Complaint will result in dismissal of this case.

DATED this 18th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DIRECTING PLAINTIFF TO AMEND COMPLAINT - 2