UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL THEIN, | Case No. 2:23-CV-01832-RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| OAK HARBOR POLICE DEPRTMENT, | |
| Defendant. | |

*Pro se* Plaintiff Michael Thein was granted leave to proceed *in forma pauperis* on November 30, 2023. Dkt. #3. The Complaint has been posted on the docket. #4. Summons has not yet been issued. Mr. Thein was ordered to amend his Complaint within thirty days on December 18, 2023. Dkt. #6. He filed Amended Complaint on December 29, 2023. Dkt. #8.

Mr. Thein alleges the following causes of action against the Oak Harbor Police Department under several citations, including § 1983, the Fourth Amendment, the Civil Rights Act of 1964, Washington Administrative Code, and "Act of 1986 ECPA." *Id*. at 1, 5. He lists several locations, such as "Zoo NW . . . by Ave trl . . . 9 Oak Harbor, WA . . . Skagit Valley Hospital Mount Vernon WA . . . [and] Swinomish Casino Lodge[,]" but notes the events giving rise to this claim occurred in Oak Harbor, Washington. *Id*. at 6. He names several people,

ORDER TO SHOW CAUSE - 1

including "Dad" and "Mom," as being in car accidents, and he claims emotional and physical injuries concerning numerous people. *Id*. at 7. Mr. Thein further claims "immaterial" and "irreparable" damages, as well as actual, economic, and breach of contract damages. *Id*. at 7. He vaguely sates that these events occurred between "March 2007 – Present[.]" *Id*. at 6.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

The Court finds that Mr. Thein's Amended Complaint fails to state a claim upon which relief can be granted. The Complaint is devoid of sufficient detail to bring a cause of action against the Defendant, e.g. the who, what, where, when, and why of the incident that caused Plaintiff's injuries. Defendant cannot respond to these accusations without further factual details. For example, Mr. Thein cites to period of time spanning almost seventeen years for the events giving rise to his claims. Dkt. #8 at 6. He alleges several people suffered numerous injuries but provides no information as to how these injuries occurred or whether there was one or multiple car accidents. *Id*. at 6-7. The Complaint fails to indicate how this Court has subject matter jurisdiction and provides no information as to how these events involved Defendant. Although the Court is sympathetic to Mr. Thein, it appears clear to the Court that this lawsuit is frivolous and that the Court cannot provide relief for Plaintiff.

The Court has identified deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B). In Response to this Order, Plaintiff Thein must write a short statement telling the Court why this case should not be dismissed as frivolous. **This Response may not exceed six double-spaced (6) pages**. Attachments or amended pleadings are not permitted. The Court will take no further action in this case until Mr. Thein has submitted this Response.

ORDER TO SHOW CAUSE - 2

Accordingly, the Court hereby finds and ORDERS that Mr. Thein shall file a Response to this Order to Show Cause containing the detail above **no later than thirty (30) days from the date of this Order**.  Failure to file this Response will result in case dismissal.

DATED this 3rd day of January, 2024.

                                              RICARDO S. MARTINEZ  
                                              UNITED STATES DISTRICT JUDGE